UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
                                               :
NEIL SANFT and MADELYN SANFT,             :
                            Plaintiffs,            :       **ORDER**
                                               :
          -against-                            :       24 Civ. 4264 (AKH)
                                               :
JEWELRY DESIGNER SHOWCASE, INC.,      :
PPAD INC. & ASSOCIATES, and                  :
ARTHUR D'ANNUNZIO,                           :
                                               :
                                  Defendants.          :
---------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The status conference scheduled for October 11, 2024, is adjourned to November 15, 2024, at 10:00 a.m. The conference will be conducted by telephone via the following call-in number:

        **Call-in number: 646-453-4442**

        **Phone conference ID:  400 847 450#**

        To ensure that the call proceeds smoothly and to avoid disruption, the Court directs those calling in (other than counsel) to mute their telephones. Additionally, all participants are directed to call in **10 minutes** prior to the start of the conference.

        Finally, no later than November 12, 2024, at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.

        The Clerk of Court is directed to terminate the motion pending at Dkt. No. 9.

        SO ORDERED.

Dated: October 8, 2024
New York, New York

                                         ALVIN K. HELLERSTEIN
                                         United States District Judge