

**Date:** March 4, 2025

**VIA FAX (212-805-7942)**
Honorable Judge Alvin K. Hellerstein
United States District Court Southern District of New York
Room 1050
500 Pearl Street
New York, New York 10007

**Re:** Request for Adjournment of Scheduling Conference
**Case:** Sanft et al v. Jewelry Designer Showcase, Inc. et al.
**Case No.**: 1:24-cv-04264-AKH
**Scheduled Conference Date:** March 7, 2025


Dear Judge Hellerstein,

My name is Marc G. Gross, Esq. and I represent the Plaintiffs in the above matter. I respectfully submit this letter to provide an update and request an adjournment of the scheduling conference currently set for March 7, 2025. This is the third request for an adjournment of this conference.

1. Original Date: November 15, 2024
2. Number of Previous Requests: Third Request
3. Previous Requests Status: First Request Granted, Second Request Granted
4. Adversary's Consent: Counsel for Defendant JDS, Steven Miller, consents to this request.
5. Reason for Adjournment:

A Limited Administrator for the Estate of Arthur D'Annunzio was appointed by Richmond County Surrogate Court on February 4, 2025. We are in the process of substituting the newly appointed administrator for the Estate of Arthur D'Annunzio pursuant to Rule 25(a).The process has not yet been completed, and the administrator's presence will be necessary for any future scheduling conferences.

We are also in the process of amending the complaint. We have informed Mr. Miller of our intent to amend, and we plan to file the amended complaint in conjunction with the substitution of parties pursuant to Rule 25(a).

Empire Law Group
315 Madison Avenue, 4th Floor
New York, NY 10017

www.empire-lawgroup.com
tel: 212.548.6587
fax: 212.320.0415

Lastly, Mr. Miller is currently in communication with the attorneys representing JDS in bankruptcy to determine the appropriate party to represent JDS moving forward. As of today, he has not received definitive guidance on this matter.

6. Modified Schedule: The parties defer to the Court to select a new conference date.

Lastly, that since defendant Jewelry Designer Showcase Inc's counsel resides in St Johns county Florida, and he has personal family issues that compel him to make care arrangements at home if he needs to travel, he therefore requests that the rescheduled conference be via teleconference as was the first conference.

Thank you for your consideration of this request.

**The status conference scheduled for Friday, March 7, 2025 is adjourned to Friday, July 11, 2025, at 10 a.m., and will be held telephonically.**

**/s/ Alvin K. Hellerstein, U.S.D.J.**
**3/6/2025**

Respectfully submitted,

*Marc Gross* (signature)

Marc G. Gross, Esq.
*Attorney for Plaintiffs*
Empire Law Group
315 Madison Avenue
3rd Floor, # 3093
New York, NY 10017
Main: 212-548-6587
Mobile: 917-902-8912
Fax: 212-320-0415

cc: Steven Miller, Esq. (Counsel for Defendant JDS)

Empire Law Group
315 Madison Avenue, 4th Floor
New York, NY 10017

www.empire-lawgroup.com
tel: 212.548.6587
fax: 212.320.0415