UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

NEIL SANFT and MADELYN SANFT,   Case No.1:24-cv-04264 (AKH)

                Plaintiffs,

     Against

JEWELRY DESIGNER SHOWCASE, INC.,   NOTICE OF MOTION
PPAD INC. & ASSOCIATES, and
ARTHUR D'ANNUNZIO,

                Defendants.
-----------------------------------------------------------------X

*[Handwritten annotation: "Relief granted, w/out opposition  5-27-25" with signature]*

**PLEASE TAKE NOTICE** that upon the annexed Declaration of Marc G. Gross, Esq., affirmed on May 5, 2025, and upon all the papers and proceedings heretofore filed and had herein, the undersigned will move at the Courthouse located at United States District Court, Southern District of New York, 500 Pearl Street, New York, NY 10007, on June 2, 2025, at 9:30 a.m., thereafter as counsel can be heard for an Order (a) granting substitution for the deceased plaintiff pursuant to F.R.C.P. 25(a), and (b) for leave to amend the Complaint pursuant to F.R.C.P. 15(b), together with such other different and further relief as this Court may deem just and proper.

DATED: New York, New York            Empire Law Group
       May 5, 2025

                                                            By: Marc G. Gross, Esq
                                                            Attorney for Plaintiffs
                                                             315 Madison Avenue, 3rd Floor
                                                             New York, NY 10017
To:                                                        Tel: 212-548-6587

Via NYSECF                                    Via mail
Steven J. Miller Esq.                       Maria Montalbano, Administrator
The Miller Law Offices                  184 Rosedale Street, Staten Island
12724 Gran Bay Pkwy West, Suite 410   Staten Island, NY 10312
Jacksonville, FL 32258
Attorney for Defendant.

1