UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
NEIL SANFT, *et al.*
                              Plaintiffs,

-against-

JEWELRY DESIGNER
SHOWCASE, INC. *et al.*

                              Defendants.
------------------------------------------------------------- x

**ORDER REGULATING PROCEEDINGS**

24 Civ. 4264 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

      The status conference scheduled for July 9, 2025 is hereby adjourned to August 29, 2025, at 10:00 a.m., and will be conducted telephonically. Dial-in information will issue in a separate order closer to the date of the status conference.

      Defendant Arthur D'Annunzio's estate, represented by Maria Montalbano as its administrator, may not appear *pro se*. *See Clark v. Santander Bank, N.A.*, 122 F.4th 56, 60 (2d Cir. 2024). The failure of Defendant Arthur D'Annunzio's estate to retain counsel, and to be represented at the status conference by counsel, may be grounds for the entry of a default judgment in favor of Plaintiffs against the estate.

      As I previously held in my Order of January 28, 2025, ECF No. 15, proceedings in this case are stayed as to Defendant Jewelry Designer Showcase, Inc. since it has filed for bankruptcy, but proceedings in this case will continue as to the other defendants. *See Queenie, Ltd. v. Nygard Int'l*, 321 F.3d 282, 287 (2d Cir. 2003).

      By August 26, 2025, at 12:00 p.m., the parties shall file, via ECF, a joint civil case management plan. A fillable blank template of the Court's civil case management plan is available on the Court's webpage.

Finally, by August 26, 2025, at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov), a list of all counsel expected to appear on the record at the conference, along with their contact information.

SO ORDERED.

Dated:    July ___, 2025
New York, New York

ALVIN K. HELLERSTEIN
United States District Judge