UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

NEIL SANFT AND MADELYN SANFT,

                                Plaintiffs,

     -against-

JEWELRY DESIGNER
SHOWCASE, INC., THE ESTATE OF ARTHUR
D'ANNUNZIO, AND PPAD INC. &
ASSOCIATES,

                           Defendants.

**ORDER DISMISSING**
**COMPLAINT**

24 Civ. 4264 (AKH)

------------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

     Plaintiffs' motion to dismiss without prejudice the claims against Jewelry Designer Showcase, Inc. is hereby GRANTED. The claims previously dismissed against The Estate of Arthur D'Annunzio and PPAD Inc. & Associates shall be considered dismissed with prejudice.

     The Clerk of Court is instructed to terminate civil case 24 Civ. 4264 and all open motions therein.

     SO ORDERED.

Dated:     November 24, 2025
              New York, New York

                                   ALVIN K. HELLERSTEIN
                                   United States District Judge